# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

STEVEN BURDA, : No. 122 MM 2022

        Petitioner :

        v. :

ALLA KORENMAN A/K/A ALLA BURDA :
AND MONTGOMERY COUNTY COURT OF :
COMMON PLEAS AND JUDGE WENDY :
DEMCHICK-ALLOY, :

        Respondents :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Application for Extraordinary Relief and the Application for Relief to Expedite Ruling are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.